# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED          ENTERED
_____ LODGED _____ RECEIVED

APR 2 4 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of                )
*(Briefly describe the property to be searched*        )
*or identify the person by name and address)*        )    Case No.    **13-0754SAG**
                                              )
1014 Samantha Lane, Unit 101                  )
Odenton, Maryland 21113                        )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

1014 Samantha Lane, Unit 101, Odenton, Maryland 21113, as more fully described in Attachment A

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachments B and C

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Section1924 | Unlawful Removal and Retention of Classified Material |

The application is based on these facts:

See atttached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Thomas D. Cash*
_____
*Applicant's signature*

Thomas D. Cash, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **April 15, 2013**
_____
*Judge's signature*

City and state:  Baltimore, Maryland

Stephanie A. Gallagher, United States Magistrate Judge
*Printed name and title*