Case 1:13-mj-00754-SAG   Document 9   Filed 12/28/16   Page 1 of 1

FILED_____ ENTERED
_____ LOGGED_____ RECEIVED

DEC 28 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                      DEPUTY

## CERTIFICATE OF SERVICE

I hereby declare that notice was provided to Jeffrey Light, Esquire, 1712 Eye Street, NW, Suite 915, Washington, DC 20006, counsel for Ms. Solemeini and Mr. Leopold via United State Mail, said notice not attaching the United States' Response To Motions To Unseal due to its being filed *Ex Parte, In Camera* and Under Seal, but stating that a response had been filed *Ex Parte, In Camera* and Under Seal by the United States this 20th day of October, 2016.

*/s/ Harvey E. Eisenberg*
Harvey E. Eisenberg