FILED _____ ENTERE
LOGGED _____ RECEIVD
DEC 28 2016
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Thomas D. Cash, being first duly sworn, deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed for over twenty-five years. I am currently assigned to the Baltimore Field Office. As a Special Agent of the FBI, I have received training in foreign counterintelligence matters, which has included training in criminal violations associated with espionage.

2. In the course of my duties, I am responsible for investigating violations of federal criminal law, to include Title 18 United States Code (U.S.C.) Section 1924 [Unauthorized removal and retention of classified documents or material]. I have conducted and participated in numerous criminal investigations.

3. I have personally participated in this investigation and have witnessed many of the facts and circumstances described herein. I have also received information from other federal officials relating to this investigation. The information set forth in this affidavit is based on my own observations and review of documents, my experience as a Special Agent of the FBI, or reliable information provided to me by other federal officials. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I am setting forth only those facts and circumstances necessary to establish probable cause for the issuance of the requested search warrant. However, I have not omitted any fact which might tend to defeat a finding of probable cause. Unless otherwise indicated, all written and oral statements referred to herein are set forth in substance and in part, rather than verbatim.

4. Based on the facts set forth in this affidavit, I submit there is probable cause to believe a search of **1014 Samantha Lane, Odenton, Maryland 21113, Unit 101, and Bank of America Safe Deposit Box Number 118 at 2627 Brandermill Boulevard, Gambrills, Maryland 21054,** which are both rentals and both of which are described in greater detail in Attachment A to this search warrant application, incorporated herein by reference, will uncover the evidence, fruits, and/or instrumentalities, described in Attachments B, C, and D, of violations of 18 U.S.C. § 1924.

5. As a federal agent, your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## FACTS AND CIRCUMSTANCES

6. There is reasonable cause to believe, based upon investigation and information believed to be reliable, which includes a review of National Security Agency

("NSA") records and results from a NSA review of NSA computer systems, that violations of 18 U.S.C. § 1924 may have been committed.

7. Roya Faith Soleimani, a resident of 1014 Samantha Lane, Odenton, Maryland 21113, Unit 101, is an employee of NSA. Soleimani maintains national security clearances, which allow her access to classified and highly sensitive information and/or technologies. Soleimani has held a security clearance for approximately five years.

8. Title 18 U.S.C. § 1924 – "Unauthorized removal and retention of classified documents and materials" declares that whoever, being an officer, employee, contractor, or consultant of the United States, and, by virtue of his office, employment, position, or contract, becomes possessed of documents or materials containing classified information of the United States, knowingly removes such documents or materials without authority and with the intent to retain such documents or materials at an unauthorized location is in violation of 18 U.S.C. § 1924.

9. The term "classified information of the United States" means information originated, owned, or possessed by the United States Government concerning the national defense or foreign relations of the United States that has been determined pursuant to law or Executive order to require protection against unauthorized disclosure in the interests of national security.

10. 

11.

12. 

13. 

14. In early 2013, Soleimani was observed forwarding two resumes from her unclassified NSA e-mail account to two personal e-mail accounts. One sentence in both resumes contained a classified fact. The classification of that fact is SECRET, as confirmed by an OCA.

15. Soleimani was not authorized to remove classified information from secure authorized storage locations. Soleimani was not authorized to store or process classified information on her personal e-mail accounts, personal computer(s), or unclassified United States government system, as referenced in paragraph 14.

16. On February 5, 2013, Federal Grand Jury subpoenas were issued by the United States District Court, District of Maryland, to the three major credit bureaus identified as Trans Union, Equifax, and Experian. Each of the credit bureaus was ordered to provide a complete credit history for Soleimani.

17. On February 14, 2013, the Trans Union credit bureau provided credit records, which confirmed Soleimani had accounts at, among other financial institutions, the Bank of America.

18. On February 15, 2013, the Equifax credit bureau provided credit records which confirmed Soleimani had accounts at, among other financial institutions, the Bank of America.

19. On February 26, 2013, the Experian credit bureau provided credit records which confirmed Soleimani had accounts at, among other financial institutions, the Bank of America.

20. On March 19, 2013, in response to a Federal Grand Jury subpoena, issued by the United States District Court, District of Maryland, Bank of America provided safe deposit box records, which confirmed Soleimani was renting a safe deposit box, number 118, at the Bank of America branch located 2627 Brandermill Boulevard, Gambrills, Maryland 21054. Furthermore, Bank of America records indicated Soleimani had accessed safe deposit box number 118 as recently as July 14, 2012.

3

21. Records from the Maryland Motor Vehicle Administration and the Maryland Department of Assessments and Taxation (Real Property) reflect an address for Soleimani as 1014 Samantha Lane, Odenton, Maryland 21113, Apartment 101.

22. Your affiant knows computer hardware, software, and electronic files may be important to a criminal investigation in two distinct and important ways: (a) the objects themselves may be evidence, fruits, and property intended for use or used in committing crime, and (b) the objects may have been used as storage devices that are evidence and fruits of crime. Rule 41 of the Federal Rules of Criminal Procedure permits the Government to search and seize computer hardware, software, and electronic files that are evidence of crime, fruits of crime, or property intended for use or used in committing crime.

23. I have set forth only the facts that I believe are necessary to establish probable cause to believe evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1924 are presently located at 1014 Samantha Lane, Odenton, Maryland 21113, Unit 101; and Bank of America Safe Deposit Box Number 118 at 2627 Brandermill Boulevard, Gambrills, Maryland 21054.

## CONCLUSION

24. The FBI has an ongoing investigation, which is focusing on Soleimani who is employed by NSA. Based on the foregoing and my experience with counterintelligence matters, your affiant respectfully submits there is probable cause to believe the above described individual, Roya Faith Soleimani, has committed multiple violations of 18 U.S.C. § 1924. Furthermore, there is probable cause to believe Soleimani has filed, stored or hidden, information, documents, records, reports, vouchers, statements and/or other materials, in her residence as well as in her safe deposit box at the Bank of America and/or on her personal computer(s), which are evidence of violations of 18 U.S.C. § 1924.

25. There is probable cause to believe evidence, fruits and instrumentalities of these crimes, including documents and records, are presently located on the premises at 1014 Samantha Lane, Odenton, Maryland 21113, Unit 101, described in Attachment A; and on the premises at 2627 Brandermill Boulevard, Gambrills, Maryland 21054, Bank of America Safe Deposit Box Number 118, also described in Attachment A.

26. Your affiant, therefore, respectfully requests search warrants be issued authorizing the search and seizure of the items listed and more fully described in Attachments B, C, and D.

27. Your affiant has signed this document under oath as to all assertions and allegations contained herein and states that its contents are true and correct to the best of his knowledge.

4

_____
Thomas D. Cash, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me

This _____ day of April 2013

_____
Stephanie A. Gallagher
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED
[Residence]

The premises known as 1014 Samantha Lane, Odenton, Maryland 21113, Unit (Apartment) 101, is further described as:

1. an apartment/unit within a four-story, multi-unit apartment building, red brick, white vinyl structure bearing the number "1014" on the archway over the doorway entrance, and all rooms, attics, and other parts within apartment/unit number 101, and all trash containers, and storage areas designated for the use of apartment/unit number 101, which is located on the first floor, left side, of the aforementioned apartment building. A photograph of the apartment building located at 1014 Samantha Lane, Odenton, Maryland 21113, is attached hereto.

## DESCRIPTION OF PREMISES TO BE SEARCHED
[Safe Deposit Box]

The premises known as 2627 Brandermill Boulevard, Gambrills, Maryland 21054, Bank of America Safe Deposit Box Number 118, is further described as:

2. a self-service Safe Deposit Box reflecting, on a raised plate, the number 118. The color of the safe deposit box number is black. The color of the safe deposit box is stainless steel. The dimensions of the safe deposit box are approximately three (3) inches high by approximately ten (10) inches wide. There is a single key lock located on the left side of the safe deposit box. The key lock is a brass/gold color. Additionally, there are two hinges on the right side of the safe deposit box. The hinges are also a brass/gold color. A photograph of the Bank of America Safe Deposit Box Number 118, located at 2627 Brandermill Boulevard, Gambrills, Maryland 21054, is attached hereto.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED (Residence)

1. Any and all documents, records, reports, journals, diaries, notes, correspondence, memoranda, faxes, electronic communications, calendars, recordings, which pertains to or refers to:

    a. The United States government;
    b. Records which appear to have been submitted to any agency or component of the United States Government;
    c. Records which appear to have been received from any agency or component of the United States Government;
    d. Documents, records, reports, correspondences, itineraries, calendars, expense records evidencing travel, both domestic and international, which is associated with Soleimani;
    e. Documents containing classification markings;
    f. Documents which appear to contain information related to the United States Government;
    g. Handwritten notes that contain information related to the United States Government;
    h. Equipment for possessing, securing, safeguarding and/or communicating or delivering information, such as: thumb drives, compact disk(s), iPads, iPods, laptop computers, desktop computers, computer hard drives, external hard drives, dvd disks, and other digital storage media;
    i. Books, records, receipts, airline tickets, notes, ledgers, telephone lists, addresses, documents, and other data storage devices relating to the transferring, storing, and distribution of information;
    j. Records relating to the rental and occupancy of the premises searched.
    k. Records and information related to the possession and/or distribution of classified information;
    l. Computer records referring or relating to the information sought in subparagraphs (a) through (k), and as more fully described in attachment C

All of the above pertaining to violations of 18 United States Code Section 1924.

## ATTACHMENT C

## DESCRIPTION OF ITEMS TO BE SEARCHED IN COMPUTERS

Computer(s), computer hardware, software, related documentation, passwords, data security devices (as described below), videotapes, video recording devices, video recording players, monitors, and or televisions, flatbed scanners, and data where instrumentalities of and will contain evidence related to this crime. The following definitions apply to the terms as set out in this affidavit and attachment:

(1) Computer Hardware

Computer hardware consists of all equipment, which can receive, capture, collect analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or date. Hardware includes any date-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, and related communications devices such as cables and connections), as well as any devices mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

(2) Computer Software

Computer software is digital information, which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

(3) Documentation

Computer-related documentation consists of written, recorded, printed, or electronically stored material, which explains or illustrates how to configure or use computer hardware, software, or other related items.

(4) Password and Data Security Devices

Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation or data. Data security devices may consist of hardware, software or other programming code. A password (a string of alpha-numeric characters) usually operates a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected date to make it inaccessible or unusable, as well as reverse the progress to restore it.

The computers may be searched for the following items and seized:

(A) Any and all notes, documents, records, recordings, or correspondence pertaining to violations of 18 U.S.C. Section 1924.

(B) Any and all record, documents, invoices and materials that concern any accounts with any Internet Service Provider.

(C) Any and all documents, records, or correspondence pertaining to occupancy at 1014 Samantha Lane, Unit 101, Odenton, Maryland 21113.

(D) Computer records referring or relating to the information sought in subparagraphs (a) through (l) of Attachment B, including, but not limited to, computers; central processing units; external and internal drives; external and internal storage equipment or media; terminal or video display units; computer software; computerized storage devices; including data stored in zip drive, and any such device's power supply hardware; account names; passwords, encryption codes; computer printouts or computer programs; computer or data processing software or data, including CD-ROMs, hard disks, floppy disks, and materials relating to violations of 18 U.S.C. Section 1924.

Any of the items described in paragraphs (A) through (D) above, which are stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment, including floppy diskettes, fixed hard disks, or removable hard disk cartridges, software or memory in any form. The search procedure of the electronic data contained in computer operating software or memory devices shall include the following techniques which shall be used to minimize the risk that those conducting the search will view information not within the scope of the warrant:

(a) surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for markings it contains and opening a drawer believed to contain pertinent files);

(b) "opening" or cursorily reading the first few "pages" of such files in order to determine their precise contents;

(c) "scanning" storage areas to discover and possible recover recently deleted files;

(d) "scanning" storage areas for deliberately hidden files; or

(e) performing key word or other search and retrieval searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation.

If after performing these procedures, the directories, files or storage areas do not reveal evidence of the items in paragraphs (A) through (D) above, the further search of that particular directory, file or storage area, shall cease.

## ATTACHMENT D

## LIST OF ITEMS TO BE SEIZED (Safe Deposit Box)

Any and all documents, records, reports, journals, diaries, notes, correspondence, memoranda, faxes, electronic communications, calendars, recordings, which pertains to or refers to:

a. The United States government;
b. Records which appear to have been submitted to any agency or component of the United States Government;
c. Records which appear to have been received from any agency or component of the United States Government;
d. Documents, records, reports, correspondences, itineraries, calendars, expense records evidencing travel, both domestic and international, which is associated with Soleimani;
e. Documents containing classification markings;
f. Documents which appear to contain information related to the United States Government;
g. Handwritten notes that contain information related to the United States Government;
h. Equipment for possessing, securing, safeguarding and/or communicating or delivering information, such as: thumb drives, compact disk(s), iPods, computer hard drives, external hard drives, DVD disks, and other digital storage media;
i. Books, records, receipts, airline tickets, notes, ledgers, telephone lists, addresses, documents, and other data storage devices relating to the transferring, storing, and distribution of information;
j. Records relating to the rental of the safe deposit box searched.
k. Records and information related to the possession and/or distribution of classified information;

All of the above pertaining to violations of 18 United States Code Section 1924.